Submitted February 10, reversed April 2, 2014

In the Matter of L. S.,
Alleged to be a Mentally Ill Person.
## STATE OF OREGON,
*Respondent,*

*v.*

## L. S.,
*Appellant.*

Multnomah County Circuit Court
130969974; A155425

325 P3d 758

Garrett A. Richardson and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Michael R. Salvo, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and DeVore, Judge, and Garrett, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of a judgment committing her pursuant to ORS 426.130 for a period not to exceed 180 days. Appellant argues that, contrary to the trial court's ruling, the record does not establish by clear and convincing evidence any of the bases for commitment under ORS 426.005. The state concedes that the evidence is legally insufficient for involuntary commitment and that the judgment should be reversed. We agree, accept the state's concession, and reverse.

Reversed.